# IN THE SUPREME COURT OF THE STATE OF NEVADA

GENE ANTHONY ALLEN,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 78170

**FILED**

MAR 06 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original pro se petition for a writ of mandamus in a criminal matter. Having considered the petition, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, we decline to intervene because petitioner failed to submit an adequate appendix for our review. *See* NRS 34.160; NRAP 21(a)(4). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

cc:    Gene Anthony Allen
       Attorney General/Carson City